| | |
|---|---|
| 1 | LILIA BULGUCHEVA, ESQ.  (SBN 291374) |
| 2 | BULGUCHEVA LAW, p.c.<br>185 Front Street, Suite 107A |
| 3 | Danville, California 94526<br>Telephone: (925) 854-2926 |
| 4 | Facsimile: (925) 886-8017<br>Email: *lilia@bulguchevalaw.com* |
| 5 | Attorneys for Plaintiff |
| 6 | DANIEL KNIGHT |
| 7 | FAEGRE DRINKER BIDDLE & REATH LLP<br>ELLEN E. BOSHKOFF (SBN 314087) |
| 8 | *ellen.boshkoff@faegredrinker.com*<br>AMANDA SEMAAN (SBN 293896) |
| 9 | *amanda.semaan@faegredrinker.com*<br>1800 Century Park East, Suite 1500 |
| 10 | Los Angeles, CA  90067<br>Telephone:     (310) 500-2090 |
| 11 | Facsimile:      (310) 500.2091 |
| 12 | Attorneys for Defendant<br>WELLS FARGO BANK, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KNIGHT,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 – 20,<br><br>        Defendants. | Case No.  4:19-cv-02663-JSW<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff DANIEL KNIGHT and Defendant Wells Fargo Bank, N.A., who have appeared in this action, through their undersigned counsel, that the entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS FURTHER STIPULATED THAT the Court shall direct the clerk to enter an order dismissing the entire action with prejudice.

IT IS FURTHER STIPULATED THAT each party shall bear their own costs and attorney's fees.

Dated: July 8, 2020            BULGUCHEVA LAW, P.C.

                               By:   /s/ Bulgucheva, Lilia
                                   Lilia Bulgucheva
                                   Attorney for Plaintiff DANIEL KNIGHT

Dated: July 8, 2020            FAEGRE DRINKER BIDDLE & REATH LLP

                               By:   /s/ Semaan, Amanda
                                   Ellen E. Boshkoff, Esq.
                                   Amanda Semaan, Esq.
                                   Attorneys for Defendant
                                   WELLS FARGO BANK, N.A.

## ATTESTATION REGARDING SIGNATURES

I, Lilia Bulgucheva, am the ECF User whose ID and password are being used to file this Joint Initial Case Management Conference Statement.  Pursuant to L.R. 5-1(i)(3), I hereby attest that all signers have concurred in this filing.

Dated: July 8, 2020            BULGUCHEVA LAW, P.C.

                               By:   /s/ Bulgucheva, Lilia
                                   Lilia Bulgucheva
                                   Attorney for Plaintiff DANIEL KNIGHT

# **ORDER**

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).
2. The clerk shall enter an order dismissing the entire action with prejudice.
3. Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: _____           _____
                                       HON. JEFFREY S. WHITE
                                       UNITED STATES DISTRICT COURT