LILIA BULGUCHEVA, ESQ.  (SBN 291374)
BULGUCHEVA LAW, p.c.
185 Front Street, Suite 107A
Danville, California 94526
Telephone: (925) 854-2926
Facsimile: (925) 886-8017
Email: *lilia@bulguchevalaw.com*

Attorneys for Plaintiff
DANIEL KNIGHT

FAEGRE DRINKER BIDDLE & REATH LLP
ELLEN E. BOSHKOFF (SBN 314087)
*ellen.boshkoff@faegredrinker.com*
AMANDA SEMAAN (SBN 293896)
*amanda.semaan@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, CA  90067
Telephone:     (310) 500-2090
Facsimile:     (310) 500.2091

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KNIGHT,<br><br>          Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A.; and<br>DOES 1 – 20,<br><br>          Defendants. | Case No.  4:19-cv-02663-JSW<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff DANIEL KNIGHT and Defendant Wells Fargo Bank, N.A., who have appeared in this action, through their undersigned counsel, that the entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS FURTHER STIPULATED THAT the Court shall direct the clerk to enter an order dismissing the entire action with prejudice.

1    IT IS FURTHER STIPULATED THAT each party shall bear their own costs and attorney's

2  fees.

3

4  Dated:  July 8, 2020            BULGUCHEVA LAW, P.C.

5                                 By: ___/s/ Bulgucheva, Lilia_____

6                                      Lilia Bulgucheva
                                       Attorney for Plaintiff DANIEL KNIGHT
7

8  Dated:  July 8, 2020            FAEGRE DRINKER BIDDLE & REATH LLP

9                                 By: ___/s/ Semaan, Amanda_____

10                                     Ellen E. Boshkoff, Esq.
                                       Amanda Semaan, Esq.
                                       Attorneys for Defendant
11                                     WELLS FARGO BANK, N.A.

12

13              **ATTESTATION REGARDING SIGNATURES**

14    I, Lilia Bulgucheva, am the ECF User whose ID and password are being used to file this

15  Joint Initial Case Management Conference Statement.  Pursuant to L.R. 5-1(i)(3), I hereby attest

16  that all signers have concurred in this filing.

17  Dated:  July 8, 2020            BULGUCHEVA LAW, P.C.

18
                                   By: ___/s/ Bulgucheva, Lilia_____
19                                      Lilia Bulgucheva
                                       Attorney for Plaintiff DANIEL KNIGHT
20

21

22

23

24

25

26

27

28

1

**ORDER**

2        THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED

3 ADJUDGED AND DECREED THAT:

4     1.   The entire action be dismissed with prejudice pursuant to Federal Rule of Civil

5        Procedure 41(a)(1)(ii).

6     2.   The clerk shall enter an order dismissing the entire action with prejudice.

7     3.   Each party shall bear its own costs and attorney's fees.

8     IT IS SO ORDERED.

9

Dated: July 8, 2020                 _____

10                             HON. JEFFREY S. WHITE

11                             UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28